No. 74–1427. REUBEN L. ANDERSON-CHERNE, INC. v. COMMISSIONER OF REVENUE OF MINNESOTA. Appeal

from Sup. Ct. Minn. dismissed for want of substantial federal question. 